UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 17-13760-MDC |
| LISA MARIANI | : | |
| DEBTOR | : | Chapter 13 |

## CERTIFICATION OF NO RESPONSE REGARDING MOTION TO MODIFY CONFIRMED PLAN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on May 20, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 11, 2020.

It is hereby respectfully requested the Order attached to the motion be entered by the Court.

Respectfully Submitted,

\_\_\_/s/ Paul A.R. Stewart\_\_\_\_\_

Legal Helm, LLC
Date: 06/12/2020    PAUL A. R. STEWART
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 17-13760-MDC |
| LISA MARIANI | : | |
| DEBTOR | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I, Paul A. R. Stewart, Esquire, hereby certify that on June 12, 2020, I served via first class regular mail and/or electronic filing, with a true and correct copy of the Certificate of No Response upon:

**Counsel for Bank**
Kevin S. Frankel
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
610-278-6800

Rebecca Ann Solarz
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327

**United States Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**William C. Miller, Esquire (Trustee)**
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

Dated:  June 12, 2020

/s/ Paul A. R. Stewart
Paul A. R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600
Attorney for Debtor