**Fill in this information to identify your case:**

Debtor 1: Lisa Rose Mariani
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing)  First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 17-13760- mdc

Check if this is:

☑ An amended filing
☑ A supplement showing postpetition chapter 13 expenses as of the following date:
10/21/2020
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 20 | ☐ No ☑ Yes |
   | _____ | ___ | ☐ No ☐ Yes |
   | _____ | ___ | ☐ No ☐ Yes |
   | _____ | ___ | ☐ No ☐ Yes |
   | _____ | ___ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.  
   4.  $ 1512.45

   If not included in line 4:

   4a. Real estate taxes  4a. $ _____
   4b. Property, homeowner's, or renter's insurance  4b. $ _____
   4c. Home maintenance, repair, and upkeep expenses  4c. $ 100.00
   4d. Homeowner's association or condominium dues  4d. $ _____

Official Form 106J    Schedule J: Your Expenses    page 1

Debtor 1 __Lisa__ __Rose__ __Mariani__  Case number (*if known*) __17-13760-mdc__
First Name   Middle Name   Last Name

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans  5. $_____

6. **Utilities:**
    6a. Electricity, heat, natural gas        6a. $____250.00____
    6b. Water, sewer, garbage collection      6b. $____150.00____
    6c. Telephone, cell phone, Internet, satellite, and cable services   6c. $_____
    6d. Other. Specify: _____   6d. $_____

7. **Food and housekeeping supplies**        7. $____400.00____

8. **Childcare and children's education costs**   8. $_____

9. **Clothing, laundry, and dry cleaning**   9. $_____

10. **Personal care products and services**  10. $____40.00____

11. **Medical and dental expenses**   11. $____100.00____

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.   12. $_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13. $_____

14. **Charitable contributions and religious donations**   14. $_____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance     15a. $_____
    15b. Health insurance   15b. $_____
    15c. Vehicle insurance  15c. $_____
    15d. Other insurance. Specify:_____   15d. $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____   16. $_____

17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1   17a. $_____
    17b. Car payments for Vehicle 2   17b. $_____
    17c. Other. Specify:_____   17c. $_____
    17d. Other. Specify:_____   17d. $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18. $_____

19. **Other payments you make to support others who do not live with you.**
    Specify:_____   19. $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    20a. Mortgages on other property   20a. $_____
    20b. Real estate taxes   20b. $_____
    20c. Property, homeowner's, or renter's insurance   20c. $_____
    20d. Maintenance, repair, and upkeep expenses   20d. $_____
    20e. Homeowner's association or condominium dues   20e. $_____

| Debtor 1 | Lisa Rose Mariani | Case number (*if known*) | 17-13760-mdc |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

21. **Other**. Specify: _____    21.  +$_____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.  $ __2552.45__

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $_____

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  $ __2552.45__

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ __4036.26__

    23b. Copy your monthly expenses from line 22c above.    23b.  –$ __2552.45__

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.    23c.  $ __1483.81__

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    Explain here: