United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 17-13760-mdc

Lisa Rose Mariani                                                             Chapter 13
  Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Rose Mariani, 135 Grandview Rd, Ardmore, PA 19003-3112 |
| cr | + | Lower Merion Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2020 02:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2020 02:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 29 2020 02:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bnc@atlasacq.com | Oct 29 2020 02:41:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 02:08:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2020       Signature:    /s/Joseph Speetjens

District/off: 0313-2      User: Adminstra      Page 2 of 2

Date Rcvd: Oct 28, 2020      Form ID: pdf900      Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| HEATHER STACEY RILOFF | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com, Michelle@mvrlaw.com |
| HEATHER STACEY RILOFF | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") heather@mvrlaw.com Michelle@mvrlaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Merion Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| PAUL A.R. STEWART | on behalf of Debtor Lisa Rose Mariani pstewart@legalhelm.com  jurisabnelson@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
: NO. 17-13760-MDC
Lisa Rose Mariani, :
: MOTION TO MODIFY PLAN
: as per 11 USC 1329(d)(1)(A)

## ORDER

AND NOW, this 28th day of October 2020, upon consideration of the Debtor(s)

Motion to Modify Confirmed Chapter 13 Plan pursuant to the Federal Bankruptcy Rule of

Procedure 1329(d)(1)(A), and any response thereto, and after a hearing on the matter, it

appears that: A. Debtor has experienced a material financial hardship due directly to the coronavirus
disease 2019 (COVID-19) pandemic.

B. Debtor proposes a new plan repayment period, not to exceed 7 years after the time first
payment under the original confirmed plan was due.

C. Debtor's new repayment period shall expire on June 30, 2024.

WHEREFORE it is ORDERED that the Debtor's Motion to Modify the Plan is

GRANTED.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

HELM LEGAL SERVICES LLC                           Counsel for Debtor

Paul AR Stewart, Esquire #307997

333 East Lancaster Ave STE 140

Wynnewood PA 19096

610-864-5600

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | NO. 17-13760-MDC |
| Lisa Rose Mariani, | : | |
| | : | MOTION TO MODIFY PLAN |
| | : | as per 11 USC 1329(d)(1)(A) |

**DEBTOR'S  MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN
PURSUANT TO 11 USC 1329(d)(1)(A)
COVID-19 PANDEMIC MATERIAL FINANCIAL HARDSHIP.**

Lisa Rose Mariani (hereinafter "Debtor"), through her counsel Paul AR Stewart, Esq.,

hereby respectfully moves this Court (the "Motion"), pursuant to Rule 1329(d) ("Rule 1329") of

the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), for entry of

an order modifying her confirmed Chapter 13 Plan and respectfully states as follows:

1. Debtor filed this Chapter 13 case on May 31, 2017.

2. This Honorable Court confirmed the Chapter 13 Repayment Plan by Order dated 19

   September 2019, Doc # 135.

3. Debtor has complied with her Chapter 13 plan.  This is a 100% repayment plan.

4. Debtor's plan has a balance due of $60,010.12.  Debtors current repayment amount is

   $2,188.83 including the US Trustee Commission.

5.  Debtor's current plan expires on June 30, 2022.

6.  Debtor filed a Motion to Modify Plan on May 20, 2020   and requested extended
    repayment period. See Motion- Doc#151.

7. Debtor seeks to modify to the expiration of her plan to June 30, 2024.

8. Debtor proposes a modified repayment amount of $1363.87 for 44 months.

9.  President Trump signed the "Coronavirus Aid, Relief, and Economic Security Act" or the "CARES Act" on March 27, 2020.  Section 1113 of the CARES Act amended Section 1329 of Title 11 by adding new subsection (d).

10.  Subsection (d) provides a debtor may request to modify a plan confirmed before enactment of the (CARES Act) Subsection (d)(1) if:

   A.  The debtor is experiencing or has experienced a material financial hardship due, directly or indirectly, to the coronavirus disease 2019 (COVID-19) pandemic; and

   B.  The modification is approved after notice and a hearing.

   (2) A plan modified under paragraph (1) may not provide for payments over a period that expires more than 7 years after the time that the first payment under the original confirmed plan was due.

   See 11 USC Section 1329(d).

11.  Debtor has suffered financial loss as a result of unemployment directly or indirectly due to the COVID-19 Pandemic.  Debtor worked for a child care center.  Following a shelter at home state wide order – the day care closed.  Debtor became unemployed.

12.  Furthermore, Debtor's spouse, a construction contractor, has suffered material hardship and loss of work directly due to work closures and stay-at-home general government orders effective March 12, 2020 which prevented him from working. Debtor spouse reports loss of revenue exceeding $30,000

**Relief Requested:**

Debtor moves this Honorable Court for an order modifying her confirmed chapter 13 plan and granting any further relief this Court may deem proper.

Respectfully submitted,


Date: October 13, 2020                     /s/ Paul A.R. Stewart
                                           Paul A.R. Stewart
                                           Counsel for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER: 13** |
| **LISA ROSE MARIANI** | : | **CASE NO: 17-13760-MDC** |
| | : | |
| **DEBTOR** | : | **MOTION TO MODIFY PLAN** |
| | : | **as per 11 USC 1329(d)(1)(A)** |

### CERTIFICATE OF SERVICE

I, Paul A. R. Stewart, Esquire, hereby certify that on October 13, 2020, I served via first class regular mail and/or electronic filing, with a true and correct copy of the

Debtor's Motion to Modify Plan as per 11 USC 1329(d)(1)(A) upon:

**Counsel for Bank**
Kevin S. Frankel
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
610-278-6800

Rebecca Ann Solarz
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller, Esquire (Trustee)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

/s/ Paul A.R. Stewart
Paul A.R. Stewart
Helm Legal Services
333 E. Lancaster Ave
Suite 140
Wynnewood, PA 19096
610-864-5600
pstewart@legalhelm.com
Counsel for Debtor