**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lisa Rose Mariani aka Lisa Rose DeMarco aka Lisa Rose DeMarco-Mariani<br>Debtor(s) | Chapter 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>v.<br>Lisa Rose Mariani aka Lisa Rose DeMarco aka Lisa Rose DeMarco-Mariani<br>and<br>William C. Miller Esq.<br>Trustee | NO. 17-13760 MDC |

## ORDER

AND NOW, this 14th day of May 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 23, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 135 Grandview Road Ardmore, PA 19003.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Lisa Rose Mariani aka Lisa Rose DeMarco aka Lisa Rose DeMarco-Mariani
135 Grandview Road
Ardmore, PA 19003

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Paul A.R Stewart
Legal Helm
333 East Lancaster Avenue
Suite 140
Wynnewood, PA 19096

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532