UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Lisa Rose Mariani, | : | |
|         Debtor | : | |
| | : | NO. 17-13760-MDC |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : | |
| | : | |
| vs | : | |
| | : | Motion to Reinstate |
| Lisa Rose Mariani | : | Automatic Stay |
|         Debtor | : | |
| | : | |
| William C. Miller, Esq. | : | |
|         Trustee | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Debtor has filed a Motion to Reinstate Automatic Stay on May 21, 2021. <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

**1.** If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then **on or before June 8, 2021,** **you or your attorney must do all of the following**:

    (a.) File an answer explaining your position at:

        Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania
        Robert N. C. Nix Sr. Federal Courthouse
        900 Market Street
        Philadelphia, PA 19107

  (b.)  Mail a copy to the Movant:

    Paul A. R. Stewart, Esquire

    Helm Legal Services LLC

    333 E. Lancaster Avenue, Suite 140

    Wynnewood, PA 19096

  2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

  **3.**  **A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on <u>Tuesday, June 15, 2021 at 10:30 am</u> at the Robert N.C. Nix Sr. Federal Courthouse, Courtroom #2, 900 Market Street, Philadelphia, PA 19107.**

Dated:  May 21, 2021      <u>/s/ Paul A. R. Stewart</u>
               Paul A. R. Stewart, Esquire
               Legal Helm LLC
               333 E. Lancaster Ave, Suite 140
               Wynnewood, PA 19096
               610-864-5600
               Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Lisa Rose Mariani, | : | |
| Debtor | : | |
| | : | NO. 17-13760-MDC |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : | |
| | : | |
| vs | : | |
| | : | Motion to Reinstate |
| Lisa Rose Mariani | : | Automatic Stay |
| Debtor | : | |
| | : | |
| William C. Miller, Esq. | : | |
| Trustee | : | |

**CERTIFICATE OF SERVICE**

I, Paul A. R. Stewart, Esquire, hereby certify that on May 21, 2021, I served via first class regular mail and/or electronic filing, with a true and correct copy of the Debtor's Motion to Reinstate Automatic Stay upon:

**Counsel for Bank**
Kevin S. Frankel
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
610-278-6800

Rebecca Ann Solarz
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327

**United States Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**William C. Miller, Esquire (Trustee)**
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

/s/ Paul A.R. Stewart

Paul A.R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600
pstewart@legalhelm.com
*Attorney for Debtor*