UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Lisa Rose Mariani, | : | |
|     Debtor | : | |
| | : | NO. 17-13760-MDC |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : | |
| | : | |
|   vs | : | |
| | : | Motion to Reinstate |
| Lisa Rose Mariani | : | Automatic Stay |
|     Debtor | : | |
| | : | |
| William C. Miller, Esq. | : | |
|     Trustee | : | |

---

## ORDER

AND NOW, this 20th day of October 2021, upon consideration of the Debtor(s) Motion to Reinstate Automatic Stay pursuant to the Federal Bankruptcy Rule of Procedure 362, and any response thereto, and after a hearing on the matter,

WHEREFORE it is ORDERED that the Debtor's Motion to Reimpose Automatic Stay is GRANTED until **December 31, 2021**.

BY THE COURT

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge