United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13760-mdc |
| Lisa Rose Mariani | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Rose Mariani, 135 Grandview Rd, Ardmore, PA 19003-3112 |
| cr | + | Lower Merion Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 20 2021 23:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2021 23:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 20 2021 23:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc@atlasacq.com | Oct 20 2021 23:12:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 23:18:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2021      Signature:      /s/Joseph Speetjens

Case 17-13760-mdc    Doc 199    Filed 10/22/21    Entered 10/23/21 00:34:30    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: pdf900 | Total Noticed: 7 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:**

**Name**  **Email Address**

HEATHER STACEY RILOFF
on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor hriloff@pincuslaw.com, Michelle@mvrlaw.com

HEATHER STACEY RILOFF
on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") hriloff@pincuslaw.com Michelle@mvrlaw.com

JAMES RANDOLPH WOOD
on behalf of Creditor Lower Merion Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JILL MANUEL-COUGHLIN
on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G  MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

JOSEPH JASPER SWARTZ
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN S. FRANKEL
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

PAUL A.R. STEWART
on behalf of Debtor Lisa Rose Mariani pstewart@legalhelm.com  jurisabnelson@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY
on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G  MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Lisa Rose Mariani, | : | |
|     Debtor | : | |
| | : | NO. 17-13760-MDC |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : | |
| | : | |
|     vs | : | |
| | : | Motion to Reinstate |
| Lisa Rose Mariani | : | Automatic Stay |
|     Debtor | : | |
| | : | |
| William C. Miller, Esq. | : | |
|     Trustee | : | |

---

## **ORDER**

AND NOW, this 20th day of October 2021, upon consideration of the Debtor(s) Motion to Reinstate Automatic Stay pursuant to the Federal Bankruptcy Rule of Procedure 362, and any response thereto, and after a hearing on the matter,

WHEREFORE it is ORDERED that the Debtor's Motion to Reimpose Automatic Stay is GRANTED until **December 31, 2021**.

BY THE COURT

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge