**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Lisa Rose Mariani, | : | |
| Debtor. | : | Bankruptcy No.  17-13760-MDC |

# O R D E R

    **AND NOW**, it is hereby **ORDERED** that the Court's previously entered Order dated October 20, 2021,[1] granting Debtor's Motion to Reinstate the Automatic Stay, is hereby **VACATED**.

Dated:  October 26, 2021

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Paul A.R. Stewart, Esquire
Legal Helm
333 East Lancaster Avenue, Suite 140
Wynnewood, PA 19096

Kenneth E. West, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

---

[1] Bankr. Docket No. 197.