**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Lisa Rose Mariani<br><br>　　　　　　　　　Debtor(s)<br>Lisa Rose Mariani<br><br>　　　　　　　　　Movant<br>v.<br>AJAX Mortgage Loan Trust 2021-G,<br>Mortgage-Backed Securities, Series 2021-G,<br>By U.S. Bank National Association, As<br>Indenture Trustee<br>　　　　　　　　　Respondent | Chapter 13 Proceeding<br><br>17-13760-MDC |

### ORDER REINSTATING STAY EFFECTIVE OCTOBER 19, 2021 TO DECEMBER 30, 2021 AND CONTINUING THIS MATTER TO NOVEMEBR 30, 2021

Upon consideration of the Debtor's Motion to Reinstate Automatic Stay and AJAX Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, By U.S. Bank National Association, As Indenture Trustee's ("Respondent") Objection to the same, the parties hereby agree as follows:

1. Debtor's Motion to Reinstate Automatic Stay relating to the property located at 135 Grandview Road, Ardmore, PA 19003 is hereby granted, effective October 19, 2021, until December 30, 2021.

2. The matter shall be continued for a further hearing on November 30, 2021 to afford the parties additional time to ascertain the best option for the Debtor to repay the remaining pre-petition and outstanding post-petition arrears now due, either with a trial loan modification or an amended plan.

3. The parties may submit a proposed consent order prior to the November 30, 2021 hearing date to excuse the need for attendance at this hearing. In the event that the parties submit this consent order, Respondent has agreed that this consent order will include a provision that a new motion for relief will be required as to any future defaults.

.

October 26, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge