United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13760-mdc |
| Lisa Rose Mariani | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Rose Mariani, 135 Grandview Rd, Ardmore, PA 19003-3112 |
| cr | + | Lower Merion Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2022 00:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc@atlasacq.com | Jan 13 2022 00:07:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 00:09:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 14, 2022 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| HEATHER STACEY RILOFF | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor hriloff@pincuslaw.com, Michelle@mvrlaw.com |
| HEATHER STACEY RILOFF | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") hriloff@pincuslaw.com Michelle@mvrlaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Merion Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G  MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| PAUL A.R. STEWART | on behalf of Debtor Lisa Rose Mariani pstewart@legalhelm.com  jurisabnelson@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G  MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Lisa Rose Mariani<br><br>　　　　　　　　　　Debtor(s)<br>Lisa Rose Mariani<br><br>　　　　　　　　　　Movant<br>v.<br>AJAX Mortgage Loan Trust 2021-G,<br>Mortgage-Backed Securities, Series 2021-G,<br>By U.S. Bank National Association, As<br>Indenture Trustee<br>　　　　　　　　　　Respondent | Chapter 13 Proceeding<br><br>17-13760-MDC |

**CONSENT ORDER TO CONTINUE THE REINSTATEMENT OF THE STAY**

Upon consideration of the Debtor's Motion to Reinstate Automatic Stay and AJAX Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, By U.S. Bank National Association, As Indenture Trustee's ("Respondent") Objection to the same, the parties hereby agree as follows:

1. Debtor's Motion to Reinstate Automatic Stay relating to the property located at 135 Grandview Road, Ardmore, PA 19003 was granted on October 27, 2021, effective October 19, 2021 through December 30, 2021.

2. Debtor and Respondent are in agreement to continue the Reinstatement of the Stay until further motion or court order to the contrary.

3. On November 3, 2021, the parties entered into a Forbearance Agreement – 6 Month Trial Period (hereinafter referred to as the "Forbearance Agreement". A true and correct copy of the Forbearance Agreement is attached hereto as Exhibit "A".

4. Under the terms of the Forbearance Agreement, Debtor agrees to make monthly trial plan payments in the amount of $2,161.59 beginning with the December 1, 2021 payment and continuing though and including the May 1, 2022 payment.

5. Under the terms of the Forbearance Agreement, Respondent agrees, that if all trial plan payments are timely made and Debtor does not default under any other terms of the Forbearance Agreement, and the loan documents including but not limited to, the Note and/or Mortgage, a final modification agreement will be offered to Debtor. Respondent further

agrees, that if a final modification is entered into, and after it is approved by this Bankruptcy Court, that Respondent shall terminate any pending foreclosure action. Debtor also agrees that any steps taken to do so, including but not limited to vacating the Judgment and dismissing the Foreclosure action, will not be a violation of the stay.

6. In the event that Debtor completes the trial plan payments and a final modification is entered into and approved by this honorable Court and Debtor's first required payment, under the final modification is made thereby permitting the terms to be implemented, Respondent shall file an Amended Proof of Claim and Debtor shall file a corresponding Amended Plan within thirty (30) days of the Court Order approving the modification.

7. The parties further agree that in the event of any future default by the Debtor under the terms or the Forbearance Agreement, and the loan documents including but not limited to, Note and/or Mortgage, Respondent shall file a Motion for Relief from the Automatic Stay.

8. Debtor may seek a moratorium on current payments to the Chapter 13 Trustee under the current approved bankruptcy plan during the pendency of the Trial Payment Plan.

/s/ Jill Manuel-Coughlin
Jill Manuel-Coughlin, Esq.
Attorney for Respondent

/s/ Paul AR Stewart
Paul AR Stewart, Esq.
Attorney for Debtor

No Objection - Without Prejudice to Any Trustee Rights or Remedies

/s/ LeeAne O. Huggins
Office of the Chapter 13
Standing Trustee
January 7, 2022

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

January 12, 2022