**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                        Chapter 13

                        Bankruptcy No. 17-13760-MDC

LISA ROSA MARIANI

135 GRANDVIEW RD

ARDMORE, PA 19003

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LISA ROSA MARIANI

    135 GRANDVIEW RD

    ARDMORE, PA 19003

Counsel for debtor(s), by electronic notice only.

    PAUL A.R. STEWART
    333 E LANCASTER AV
    SUITE 140
    WYNNEWOOD, PA 19096-

Date: 1/20/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee