# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | NO. 17-13760-MDC |
| Lisa Rose Mariani, | : | |
| | : | MOTION TO MODIFY PLAN |
| | : | as per 11 USC 1329(d)(1)(A) |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Debtor has filed a Motion to Modify Confirmed Chapter 13 Plan. <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.  If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then **on or before** **August 25, 2022,** **you or your attorney must do all of the following**:

    (a.)  File an answer explaining your position at:

    Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania
    Robert N. C. Nix Sr. Federal Courthouse
    900 Market Street
    Philadelphia, PA 19107

    (b.)  Mail a copy to the Movant:

    Paul A. R. Stewart, Esquire
    Helm Legal Services LLC
    333 E. Lancaster Avenue, Suite 140
    Wynnewood, PA 19096

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

**3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on <u>Thursday, September 1, 2022 at 11:00 am</u> at the Robert N.C. Nix Sr. Federal Courthouse, Courtroom #2, 900 Market Street, Philadelphia, PA 19107.**

| | |
|---|---|
| Dated:  August 2, 2022 | /s/ Paul A. R. Stewart <br> Paul A. R. Stewart, Esquire <br> Legal Helm LLC <br> 333 E. Lancaster Ave, Suite 140 <br> Wynnewood, PA 19096 <br> 610-864-5600 <br> Attorney for Debtor |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | NO. 17-13760-MDC |
| Lisa Rose Mariani, | : | |
| | : | MOTION TO MODIFY PLAN |
| | : | as per 11 USC 1329(d)(1)(A) |

## CERTIFICATE OF SERVICE

    I, Paul A. R. Stewart, Esquire, hereby certify that on August 2, 2022, I served via first class regular mail and/or electronic filing, with a true and correct copy of the <u>Notice of Debtor's Motion to Modify Confirmed Chapter 13 Plan</u> upon:

Jill Manuel-Coughlin, Esquire
Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

jill@powerskirn.com

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Kenneth E. West (Trustee)
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

                                                                    <u>/s/ Paul A.R. Stewart</u>

                                                                    Paul A.R. Stewart, Esquire
                                                                    Legal Helm LLC
                                                                    333 E. Lancaster Ave, Suite 140
                                                                    Wynnewood, PA 19096
                                                                    610-864-5600
                                                                    pstewart@legalhelm.com
                                                                    *Attorney for Debtor*