### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Lisa Rose Mariani<br>aka Lisa Rose DeMarco<br>aka Lisa Rose DeMarco-Mariani<br><br>         Debtor(s) | Chapter 13 Proceeding<br><br>17-13760 MDC |
| AJAX Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, By U.S. Bank National Association, As Indenture Trustee<br><br>         Movant<br>v.<br>Lisa Rose Mariani<br>aka Lisa Rose DeMarco<br>aka Lisa Rose DeMarco-Mariani<br><br>and<br><br>Kenneth E. West, Esquire<br>         Respondents | |

**ORDER TO APPROVE LOAN MODIFICATION AGREEMENT AND AMENDED MOTION TO AMEND THE CONFIRMED CHAPTER 13 PLAN**

Upon consideration of AJAX Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, By U.S. Bank National Association, As Indenture Trustee's ("AJAX Mortgage Loan Trust") Limited Objection to Motion to Approve Loan Modification to Amended Motion to Amend Confirmed Chapter 13 Plan, and having heard the argument of counsel and for good cause having been shown;

It is on the 30th day of September 2022, ORDERED:

1. The August 20, 2022 Loan Modification Agreement is hereby approved.

2. Debtor shall pay to AJAX Mortgage Loan Trust the sum of $2,254.76 for September 2022. Debtor shall thereafter remain in compliance the terms of the Loan Modification Agreement.

3.  Section 9 of the 7th Amended Plan dated September 6, 2022 is hereby revised and modified to reflect:

    Debtor has executed a loan modification agreement that cures the remaining pre-petition mortgage arrears. Debtor has filed a Motion to Approve the Loan Modification. Trustee has paid Creditor (on Proof Of Claim 3-1) a total of $59,781.93. No further Trustee payments will be made to this Creditor. Debtor shall continue to pay the Creditor on this secured lien outside of the Amended Plan.

4.  Within 15 days of this Court approving the Motion to approve the Loan Mod, AJAX Mortgage Loan Trust will file an Amended Proof of Claim in the amount of $299,185.82, with an adjusted pre-petition arrearage claim to $59,781.93

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge