United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13760-mdc |
| Lisa Rose Mariani | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2022 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Rose Mariani, 135 Grandview Rd, Ardmore, PA 19003-3112 |
| cr | + | Lower Merion Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 01 2022 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2022 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Oct 01 2022 00:16:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2022 00:20:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 02, 2022 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2022 | Form ID: pdf900 | Total Noticed: 6 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| HEATHER STACEY RILOFF | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor logsecf@logs.com, Michelle@mvrlaw.com |
| HEATHER STACEY RILOFF | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") logsecf@logs.com Michelle@mvrlaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Merion Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| PAUL A.R. STEWART | on behalf of Debtor Lisa Rose Mariani pstewart@legalhelm.com jurisabnelson@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Lisa Rose Mariani<br>aka Lisa Rose DeMarco<br>aka Lisa Rose DeMarco-Mariani<br><br>                                                   Debtor(s) | Chapter 13 Proceeding<br><br>17-13760 MDC |
| AJAX Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, By U.S. Bank National Association, As Indenture Trustee<br><br>                                                   Movant<br>v.<br>Lisa Rose Mariani<br>aka Lisa Rose DeMarco<br>aka Lisa Rose DeMarco-Mariani<br><br>and<br><br>Kenneth E. West, Esquire<br>                                                   Respondents | |

## ORDER TO APPROVE LOAN MODIFICATION AGREEMENT AND AMENDED MOTION TO AMEND THE CONFIRMED CHAPTER 13 PLAN

Upon consideration of AJAX Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, By U.S. Bank National Association, As Indenture Trustee's ("AJAX Mortgage Loan Trust") Limited Objection to Motion to Approve Loan Modification to Amended Motion to Amend Confirmed Chapter 13 Plan, and having heard the argument of counsel and for good cause having been shown;

It is on the 30th day of September 2022, ORDERED:

1. The August 20, 2022 Loan Modification Agreement is hereby approved.

2. Debtor shall pay to AJAX Mortgage Loan Trust the sum of $2,254.76 for September 2022. Debtor shall thereafter remain in compliance the terms of the Loan Modification Agreement.

3.  Section 9 of the 7th Amended Plan dated September 6, 2022 is hereby revised and modified to reflect:

    Debtor has executed a loan modification agreement that cures the remaining pre-petition mortgage arrears. Debtor has filed a Motion to Approve the Loan Modification. Trustee has paid Creditor (on Proof Of Claim 3-1) a total of $59,781.93. No further Trustee payments will be made to this Creditor. Debtor shall continue to pay the Creditor on this secured lien outside of the Amended Plan.

4.  Within 15 days of this Court approving the Motion to approve the Loan Mod, AJAX Mortgage Loan Trust will file an Amended Proof of Claim in the amount of $299,185.82, with an adjusted pre-petition arrearage claim to $59,781.93

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge