Certificate Number: 02921-PAE-DE-037190955

Bankruptcy Case Number: 17-13760



02921-PAE-DE-037190955

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 17, 2023, at 10:00 o'clock AM EST, Lisa Mariani completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 17, 2023

By:  /s/Jamie Lehman

Name:  Jamie Lehman

Title:  Counselor