United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisa Rose Mariani  
    Debtor

Case No. 17-13760-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Feb 21, 2023     Form ID: 138OBJ     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Rose Mariani, 135 Grandview Rd, Ardmore, PA 19003-3112 |
| 14633130 | + | AJAX MORTGAGE LOAN TRUST 2021-G, MORTGAGE-BACKED, c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14735812 | + | AJAX Mortgage Loan Trust, 2021-G, c/o Gregory Funding, LLC, PO Box 25430, Portland, OR 97298-0430 |
| 13931044 | + | Citibank NA, Citi Master Card, Burton Neil and Associates PC, 1060 Andrew Drive, Suite 179, West Chester, PA 19380-4292 |
| 13931043 | + | Citibank NA, Citi AA Advantage World Master, Burton Neil and Associates PC, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 13931046 | + | Federal National Mortgage Association, c/o Martha E. Von Rosentiel, P.C., File #38191, 649 South Avenue, Secane, PA 19018-3541 |
| 14289282 | + | Federal National Mortgage Association, c/o Heather S. Riloff, Esquire, Martha E. Von Rosenstiel, P.C., 649 South Avenue, Secane, Pa 19018-3541 |
| 13968318 | + | Gray Dentist Inc., 219 Hampden Avenue, Narberth, PA 19072-1909 |
| 14362588 | + | Lower Merion Township, c/o JAMES R. WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14290157 | + | Nationstar Mortgage LLC, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14500690 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Rebecca A. Solarz Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13931048 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, Inc., 14523 SW Millikan Way, Suite 200, Beaverton, OR 97005 |
| 14014299 | + | Seterus, Inc. as the authorized subservicer for Fe, P.O. Box 1047, Hartford, CT 06143-1047 |
| 14014260 | + | Seterus, Inc. as the authorized subservicer for Fe, PO. Box 54420, Los Angeles, CA 90054-0420 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 22 2023 05:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2023 05:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13946583 | | Email/Text: bnc@atlasacq.com | Feb 22 2023 05:09:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 13993467 | + | Email/Text: bankruptcy@cavps.com | Feb 22 2023 05:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14337898 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 22 2023 05:09:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 13931045 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2023 05:14:43 | Portfolio Recovery Associates, Capital One Bank, PO Box 12914, Norfolk, VA 23541 |
| 13999663 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2023 05:14:49 | Portfolio Recovery Associates, LLC, POB 41067, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 138OBJ | Total Noticed: 22 |

| 13928041 | + | Email/PDF: rmscedi@recoverycorp.com | | Norfolk VA 23541 |
|---|---|---|---|---|
| | | | Feb 22 2023 05:14:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13931047 | ##+ | Seterus, Inc., PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:

**Name**           **Email Address**

BRIAN CRAIG NICHOLAS
             on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

HARRY B. REESE
             on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G  MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

HEATHER STACEY RILOFF
             on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor logsecf@logs.com, Michelle@mvrlaw.com

HEATHER STACEY RILOFF
             on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") logsecf@logs.com  Michelle@mvrlaw.com

JAMES RANDOLPH WOOD
             on behalf of Creditor Lower Merion Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JILL MANUEL-COUGHLIN
             on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G  MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

JOSEPH JASPER SWARTZ
             on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

KENNETH E. WEST
             ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
             on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN S. FRANKEL
             on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 138OBJ | Total Noticed: 22 |

PAUL A.R. STEWART
    on behalf of Debtor Lisa Rose Mariani pstewart@legalhelm.com jurisabnelson@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lisa Rose Mariani

        Debtor(s)                                  Case No: 17−13760−mdc

                                                       Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                             900 Market Street
                                Suite 400
                           Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/21/23